SPILLANE WEINGARTEN LLP
Jay M. Spillane (Bar No. 126364)
jspillane@spillaneweingarten.com
Eric Carlson (Bar No. 193401)
ecarlson@spillaneweingarten.com
1100 Glendon Avenue, Suite 1200
Los Angeles, California 90024
(310) 229-9300
(310) 229-9380 (fax)

Attorneys for Plaintiff Samson Investments, AVV

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSON INVESTMENTS, AVV, a Netherlands Antilles company,<br><br>Plaintiff,<br><br>vs.<br><br>EVAN SEINFELD, an individual; LUPE FUENTES, LLC, a California limited liability company; WEBQUEST, INC. a California corporation; NETBILLING, INC., a California corporation; LOCAL BILLING, LLC, a California limited liability company; and Does 1-10, inclusive,<br><br>Defendants. | Case No.  CV 10 6178 CAS (AGRx)<br><br>**STIPULATION RE TIME FOR DEFENDANTS SEINFELD, LUPE FUENTES LLC AND WEBQUEST, INC. TO RESPOND TO COMPLAINT** |

WHEREAS Plaintiff Samson Investments, AVV ("Samson") contends that it has effectuated service of process on Defendants Lupe Fuentes, LLC and Webquest, Inc. ("Webquest"); and

WHEREAS Lupe Fuentes, LLC, Webquest and Defendant Evan Seinfeld ("Seinfeld") will be represented by one law firm, and therefore desire to respond to the Complaint at the same time; and

WHEREAS to avoid continued attempts to serve Seinfeld personally, and to avoid disputes over service and a disparate series of deadlines to respond to the Complaint, these stipulating Defendants have agreed to waive service of the Summons and Complaint, and the parties have agreed to a unified date to respond to the Complaint;

WHEREFOR the parties hereby stipulate, through counsel of record, that Defendants Lupe Fuentes, LLC, Webquest and Seinfeld waive service of the Summons and Complaint, and will respond to the Complaint on or before September 24, 2010.

DATED: September 1, 2010        SPILLANE WEINGARTEN LLP

By: _____
Jay M. Spillane
Attorneys for Plaintiff Samson Investments, AVV

DATED: September 1, 2010        BEITCHMAN & ZEKIAN, P.C.

By: _____
David Beitchman
Todd E. Chvat
Attorneys for Defendants Evan Seinfeld, Lupe Fuentes, LLC and Webquest, Inc.