SPILLANE WEINGARTEN LLP
Jay M. Spillane (Bar No. 126364)
jspillane@spillaneweingarten.com
Eric Carlson (Bar No. 193401)
ecarlson@spillaneweingarten.com
1100 Glendon Avenue, Suite 1200
Los Angeles, California 90024
(310) 229-9300
(310) 229-9380 (fax)

Attorneys for Plaintiff Samson Investments, AVV

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSON INVESTMENTS, AVV, a Netherlands Antilles company,<br><br>            Plaintiff,<br><br>      vs.<br><br>EVAN SEINFELD, an individual; LUPE FUENTES, LLC, a California limited liability company; WEBQUEST, INC. a California corporation; NETBILLING, INC., a California corporation; LOCAL BILLING, LLC, a California limited liability company; and Does 1-10, inclusive,<br><br>            Defendants. | Case No.  CV 10 6178 CAS (AGRx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT NETBILLING INC.** |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Samson
2  Investments, AVV hereby dismisses this action as to defendant Netbilling, Inc.
3  only, WITHOUT PREJUDICE and without costs to any party.
4
5
6  DATED:  October 7, 2010          SPILLANE WEINGARTEN LLP
7
8
9                                    By:  /s/_____
                                            Jay M. Spillane
10                                       Attorneys for Plaintiff Samson Investments,
                                         AVV
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT NETBILLING, INC.

- 1 -