**DAVIS WRIGHT TREMAINE LLP**
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

JENNIFER L. BROCKETT (State Bar No. 193433)
  jenniferbrockett@dwt.com
EMILIO G. GONZALEZ (State Bar No. 197382)
  emiliogonzalez@dwt.com

Attorneys for Defendant
LOCAL BILLING, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSON INVESTMENTS, AVV, a Netherlands Antilles company,<br><br>Plaintiff,<br><br>vs.<br><br>EVAN SEINFELD, an individual; LUPE FUENTES, LLC, a California limited liability company; WEBQUEST, INC., a California corporation; NETBILLING, INC., a California corporation; LOCAL BILLING, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 10 6178-CAS (ABRx)<br><br>**ORDER RE EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF SAMSON INVESTMENTS, AAV'S COMPLAINT**<br><br>Assigned to the Hon. Christina A. Snyder<br><br>Action Filed:  August 18, 2010 |

IT IS HEREBY ORDERED THAT Defendant Local Billing, LLC's responsive pleading to Plaintiff Samson Investments, AVV's Complaint will be due on or by October 29, 2010.

Dated: October 15, 2010

_____
Hon. Christina A. Snyder
United States District Judge

[PROPOSED] ORDER RE EXTENSION OF TIME
TO FILE A RESPONSIVE PLEADING
DWT 15738590v1 0086319-000003