1  **DAVIS WRIGHT TREMAINE LLP**
   865 S. FIGUEROA ST.
2  SUITE 2400
   LOS ANGELES, CALIFORNIA 90017-2566
3  TELEPHONE (213) 633-6800
   FAX (213) 633-6899
4
5  JENNIFER L. BROCKETT (State Bar No. 193433)
    jenniferbrockett@dwt.com
6  EMILIO G. GONZALEZ (State Bar No. 197382)
    emiliogonzalez@dwt.com
7
   Attorneys for Defendant
8  LOCAL BILLING, LLC
9
10              UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA
12
13 SAMSON INVESTMENTS, AVV, a      ) Case No. CV 10 6178-CAS (ABRx)
   Netherlands Antilles company,   )
14                                 )
                                   )
15              Plaintiff,          ) **ANSWER**
                                   )
16     vs.                         )
                                   ) Action Filed: August 18, 2010
17 EVAN SEINFELD, an individual;   )
   LUPE FUENTES, LLC, a California )
18 limited liability company;      )
   WEBQUEST, INC., a California    )
19 corporation; NETBILLING, INC., a )
   California corporation; LOCAL   )
20 BILLING, LLC, a California limited )
   liability company; and DOES 1-10, )
21 inclusive,                      )
                                   )
22              Defendants.         )
   _____)
23
24
25
26
27
28

Defendant Local Billing, LLC. ("Defendant") answering for itself and no others, in response to the Complaint filed by plaintiff Samson Investments, AVV, admits, denies and alleges as follows:

1. Answering Paragraph 1, Defendant denies that the Court has subject matter jurisdiction over the claims as alleged against Local Billing, on the grounds that neither the Copyright Act of 1976 nor the Lanham Act confer jurisdiction over extraterritorial conduct.

2. Answering Paragraph 2, Defendant admits that venue is proper in this district.

3. Answering Paragraph 3, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

4. Answering Paragraph 4, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

5. Answering Paragraph 5, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

6. Answering Paragraph 6, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

7. Answering Paragraph 7, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

8. Answering Paragraph 8, Defendant admits the allegations.

9. Answering Paragraph 9, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

paragraph, and on that basis denies each and every such allegation.

10. Answering Paragraph 10, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

11. Answering Paragraph 11, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

12. Answering Paragraph 12, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

13. Answering Paragraph 13, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

14. Answering Paragraph 14, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

15. Answering Paragraph 15, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

16. Answering Paragraph 16, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

17. Answering Paragraph 17, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

18. Answering Paragraph 18, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

2

ANSWER
DWT 16031078v1 0086319-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

19.  Answering Paragraph 19, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

20.  Answering Paragraph 20, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

21.  Answering Paragraph 21, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

22.  Answering Paragraph 22, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

23.  Answering Paragraph 23, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

24.  Answering Paragraph 24, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

25.  Answering Paragraph 25, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

26.  Answering Paragraph 26, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

27.  Answering Paragraph 27, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

28.  Answering Paragraph 28, Defendant is without knowledge or

ANSWER
DWT 16031078v1 0086319-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

29. Answering Paragraph 29, Defendant admits the truth of the allegation that WebQuest has contracted with Local Billing to provide billing services to WebQuest, denies that WebQuest contracted with Local Billing to provide billing services to the United States public wishing to pay for access to www.ilovelupe.com, and denies that Local Billing earns substantial fees for managing the stream of revenue from www.ilovelupe.com. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies each and every such allegation.

30. Answering Paragraph 30, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

31. Answering Paragraph 31, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

32. Answering Paragraph 32, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

33. Answering Paragraph 33, Defendant incorporates by reference paragraphs 1 through 32, above.

34. Answering Paragraph 34, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

35. Answering Paragraph 35, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

ANSWER
DWT 16031078v1 0086319-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

36. Answering Paragraph 36, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

37. Answering Paragraph 37, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

38. Answering Paragraph 38, Defendant incorporates by reference paragraphs 1 through 37, above.

39. Answering Paragraph 39, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

40. Answering Paragraph 40, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

41. Answering Paragraph 41, Defendant incorporates by reference paragraphs 1 through 37, above.

42. Answering Paragraph 42, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

43. Answering Paragraph 43, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

44. Answering Paragraph 44, Defendant incorporates by reference paragraphs 1 through 37, above.

45. Answering Paragraph 45, Defendant denies each and every allegation contained therein.

46. Answering Paragraph 46, Defendant denies each and every allegation contained therein.

5

ANSWER
DWT 16031078v1 0086319-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

47. Answering Paragraph 47, Defendant incorporates by reference paragraphs 1 through 37, above.

48. Answering Paragraph 48, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

49. Answering Paragraph 49, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

50. Answering Paragraph 50, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

51. Answering Paragraph 51, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

52. Answering Paragraph 52, Defendant incorporates by reference paragraphs 1 through 37, above.

53. Answering Paragraph 53, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

54. Answering Paragraph 54, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

55. Answering Paragraph 55, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

56. Answering Paragraph 56, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

ANSWER
DWT 16031078v1 0086319-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

57. Answering Paragraph 57, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every such allegation.

## AFFIRMATIVE DEFENSES

By way of separate, additional and/or affirmative defenses to the Complaint and each cause of action herein, and without conceding that Defendant bears the burden of proof or the burden of persuasion as to any of these issues, Defendant alleges as follows:

### FIRST AFFIRMATIVE DEFENSE
(Failure to State a Claim)

58. The Complaint, and each cause of action therein, fails to state a claim against Defendant upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE
(Jurisdiction)

59. This Court lacks jurisdiction to adjudicate any alleged extraterritorial infringement of Plaintiff's marks by Defendant.

### THIRD AFFIRMATIVE DEFENSE
(Lack of Standing)

60. Defendant is informed, and believes, and on that basis alleges that Plaintiff is not the proper copyright owner of some or all of the works described in the Complaint and therefore lacks standing to bring any claim.

### FOURTH AFFIRMATIVE DEFENSE
(Innocent Intent)

61. If Defendant made any use of Plaintiff's copyrighted works, such use was made with innocent intent.

7

ANSWER
DWT 16031078v1 0086319-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## FIFTH AFFIRMATIVE DEFENSE
### (Implied License)

62. Defendant is informed, and believes, and on that basis alleges that Plaintiff's claims for copyright infringement are barred by the doctrine of implied license.

## SIXTH AFFIRMATIVE DEFENSE
### (Public Domain)

63. Defendant is informed, and believes, and on that basis alleges that Plaintiff's claims for copyright infringement are barred because some or all of the works in question are in the public domain.

## SEVENTH AFFIRMATIVE DEFENSE
### (Abandonment)

64. Defendant is informed, and believes, and on that basis alleges that Plaintiff's claims for copyright infringement are barred because Plaintiff and/or its predecessor-in-interest abandoned any claim to the works in question.

## EIGHTH AFFIRMATIVE DEFENSE
### (Lack of Copyright Notice)

65. Defendant is informed, and believes, and on that basis alleges that Plaintiff's claims for copyright infringement are barred because some or all of the works in question did not provide adequate notice of Plaintiff's claimed rights.

## NINTH AFFIRMATIVE DEFENSE
### (Failure to Comply with Prerequisites for Statutory Damages and Attorneys' Fees)

66. Defendant is informed, and believes, and on that basis alleges that Plaintiff's claim for statutory damages and/or attorneys' fees is barred by its failure to comply with 17 U.S.C. §§ 411 and/or 412.

8

ANSWER
DWT 16031078v1 0086319-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

### TENTH AFFIRMATIVE DEFENSE
### (Fair Use)

67. Defendant's use, if any, of the copyrighted material allegedly owned by Plaintiff was a nonactionable use protected by the fair use doctrine.

### ELEVENTH AFFIRMATIVE DEFENSE
### (First Amendment)

68. The Complaint, and each cause of action therein, is barred by the First Amendment to the United States Constitution.

### TWELFTH AFFIRMATIVE DEFENSE
### (Estoppel)

69. Defendant is informed, and believes, and on that basis alleges that the Complaint, and each cause of action therein, is barred by the doctrine of estoppel.

### THIRTEENTH AFFIRMATIVE DEFENSE
### (Waiver)

70. Defendant is informed, and believes, and on that basis alleges that the Complaint, and each cause of action therein, is barred by the doctrine of waiver.

### FOURTEENTH AFFIRMATIVE DEFENSE
### (Laches)

71. Defendant is informed, and believes, and on that basis alleges that the Complaint, and each cause of action therein, is barred by the doctrine of laches.

### FIFTEENTH AFFIRMATIVE DEFENSE
### (Unclean Hands)

72. Defendant is informed, and believes, and on that basis alleges that the Complaint, and each cause of action therein, is barred by the doctrine of unclean hands.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## SIXTEENTH AFFIRMATIVE DEFENSE

(Failure to Mitigate)

73. Defendant is informed, and believes, and on that basis alleges that the Plaintiff has failed to take adequate steps to minimize, alter, reduce or otherwise diminish its damages, if any, with respect to the matters alleged in the Complaint, and by reason of the foregoing, Plaintiff is barred from the recovery of damages.

## SEVENTEENTH AFFIRMATIVE DEFENSE

(Contribution)

74. Defendant is informed, and believes, and on that basis alleges that, in the event a finding is made that Defendant is at fault in any manner or to any degree, the amount of recover, if any, should be reduced on the basis of comparative fault and/or contributory negligence of the Plaintiffs and/or the other Defendants named in the Complaint or unnamed third parties.

## EIGHTEENTH AFFIRMATIVE DEFENSE

(Offset)

75. Defendant is informed, and believes, and on that basis alleges that, Plaintiff's recovery, if any, under the Complaint must be reduced by any recovery or settlement obtained from any other person based upon the acts alleged herein.

10

ANSWER
DWT 16031078v1 0086319-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

WHEREFORE, DEFENDANT PRAYS:

1. That Plaintiff take nothing by way of its Complaint against Defendant;

2. That Defendant be awarded its costs and reasonable attorneys' fees; and

3. That the Court award Defendant such other and further relief as the Court deems just and proper.

DATED: November 30, 2010

DAVIS WRIGHT TREMAINE LLP
JENNIFER L. BROCKETT
EMILIO G. GONZALEZ

By: /s/ Jennifer L. Brockett

Jennifer L. Brockett

Attorneys for Defendant
LOCAL BILLING, LLC

11

ANSWER
DWT 16031078v1 0086319-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899