UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 10-6178 CAS (AGRx) | Date | December 20, 2010 |
| Title | *Samson Investments, AVV v. Evan Seinfeld et al* | | |

| | |
|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE |

| | | |
|---|---|---|
| Karen Park | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Jay Spillane | Todd Chvat |

**Proceedings:** SCHEDULING CONFERENCE

Hearing held and counsel are present. The Court confers with counsel and schedules the following dates:

Request for leave to file amended pleadings or to add parties: April 11, 2011;
Discovery Cut-off: July 25, 2011;
Last Day to File Motions: August 19, 2011;
Initial Expert Witness Disclosure Cut-off: August 1, 2011;
Rebuttal Expert Witness Disclosure Cut-off: August 15, 2011;
Expert Discovery Cut-off: September 1, 2011;
Pretrial Conference/Hearing on Motions in Limine **(11:00 A.M.): October 17, 2011;** and
Jury Trial **(9:30 A.M.): November 1, 2011.**

00 : 06

Initials of Preparer KPA