SPILLANE WEINGARTEN LLP
Jay M. Spillane (Bar No. 126364)
jspillane@spillaneweingarten.com
Eric Carlson (Bar No. 193401)
ecarlson@spillaneweingarten.com
1100 Glendon Avenue, Suite 1200
Los Angeles, California 90024
(310) 229-9300
(310) 229-9380 (fax)

Attorneys for Plaintiff Samson Investments, AVV

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSON INVESTMENTS, AVV, a Netherlands Antilles company,<br><br>Plaintiff,<br><br>vs.<br><br>EVAN SEINFELD, an individual; LUPE FUENTES, LLC, a California limited liability company; WEBQUEST, INC. a California corporation; NETBILLING, INC., a California corporation; LOCAL BILLING, LLC, a California limited liability company; and Does 1-10, inclusive,<br><br>Defendants. | Case No.  2:10-cv-06178 CAS (AGRx)<br><br>**ORDER DISMISSING DEFENDANT LOCAL BILLING, LLC WITHOUT PREJUDICE** |

The Court, having reviewed the Stipulation for Dismissal Without Prejudice of Defendant Local Billing, LLC, filed April 25, 2011, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

Defendant Local Billing, LLC is dismissed from this Action, WITHOUT PREJUDICE and without costs to any party.

**IT IS SO ORDERED.**

DATED:  April 25, 2011

The Hon. Christina A. Snyder
United States District Judge