UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

In the Matter of the Creation of the )
Calendar ) ORDER OF THE CHIEF JUDGE
)
of )
)
Judge JOHN A. KRONSTADT ) 11-019
)

IT IS ORDERED, with the concurrence of the Case Management and Assignment Committee, that the following cases be reassigned from the calendar of Judge Christina A. Snyder to the calendar of Judge John A. Kronstadt for all further proceedings:

| | | | |
|---|---|---|---|
| CV | 09 | 04624 | CAS | Billy Ray Riggs v. Robert K. Wong |
| CV | 09 | 06816 | CAS(CWx) | Fred Kayne et al v. Christopher Ho et al |
| CV | 09 | 08055 | CAS(MANx) | Natural Resources Defense Council, Inc. et al v. United States Department of Transportation et al |
| CV | 09 | 09219 | CAS(JCG) | Tryon Larry Smith v. Nathan Kouri et al |
| CV | 10 | 02701 | CAS(FFMx) | Bravado International Group Merchandising Services, Inc. v. Spin Media, LLC et al |
| CV | 10 | 03038 | CAS(AGRx) | Sylvia Montenegro v. Ames Funding Corporation et al |
| CV | 10 | 06178 | CAS(AGRx) | Samson Investments, AVV v. Evan Seinfeld et al |
| CV | 10 | 08481 | CAS(AJWx) | Jason Williams v. NCO Financial Systems, Inc. |
| CV | 10 | 08941 | CAS(JEMx) | State Farm General Insurance Company v. The Home Depot U.S.A., Inc. et al |
| CV | 10 | 09686 | CAS(CWx) | Tide Runner Marine, Inc. et al v. Lawrence W. Langston |
| CV | 10 | 09702 | CAS(SSx) | Kandance Clark -v- Sprint Nextel Corporation |
| CV | 10 | 09761 | CAS(SS) | Michael J. Curfman v. K. Allison |
| CV | 11 | 02686 | CAS(SS) | Keith Martell Petty v. Francisco Quintana |
| ED | 10 | 01486 | CAS(PJW) | Rufus Johnny Valenzuela v. George Neotti |

DATED: April 28, 2011

_____
Chief Judge Audrey B. Collins