SPILLANE WEINGARTEN LLP
Jay M. Spillane (Bar No. 126364)
jspillane@spillaneweingarten.com
Eric Carlson (Bar No. 193401)
ecarlson@spillaneweingarten.com
10866 Wilshire Boulevard, Suite 500
Los Angeles, California 90024
(310) 229-9300
(310) 229-9380 (fax)

Attorneys for Plaintiff Samson Investments, AVV

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSON INVESTMENTS, AVV, a Netherlands Antilles company,<br><br>Plaintiff,<br><br>vs.<br><br>EVAN SEINFELD, an individual; LUPE FUENTES, LLC, a California limited liability company; WEBQUEST, INC. a California corporation; NETBILLING, INC., a California corporation; LOCAL BILLING, LLC, a California limited liability company; and Does 1-10, inclusive,<br><br>Defendants. | Case No. 2:10-cv-06178 JAK (AGRx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**JS-6** |

1  The Court, having reviewed the Stipulation for Dismissal of Action With
2  Prejudice, filed October 26, 2011, and good cause appearing therefore,

4  IT IS HEREBY ORDERED that:
5  The Complaint and Cross-Complaint are hereby dismissed, WITH
6  PREJUDICE and without costs to any party.

8  **IT IS SO ORDERED.**

11  DATED:  October 27, 2011    _____
12  The Hon. John A Kronstadt
13  United States District Judge